PRODUCTION CREDIT ASSOCIATION
OF SOUTH TEXAS et al.

v.

The Honorable Solomon
CASSEB, Judge.

No. C–8547.

Supreme Court of Texas.

June 7, 1989.

The order of this Court of April 7, 1989, granting the motion leave to file petition for writ of mandamus is withdrawn. The stay order issued by this Court on April 7, 1989 is dissolved.

The motion for leave to file petition for writ of mandamus is overruled.